*Court Exh 1*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Marcel Dotin

                              Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR-7422 ( )

Defendant __Marcel Dotin__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_ Bail/Detention Hearing

____ Conference Before a Judicial Officer

*(During a phone call on July 30, 2021, Mr. Marcel Dottin authorized Benjamin Gold to insert his electronic signature on this form)*

*Marcel Dottin*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Marcel Dottin
Print Defendant's Name

*Ben G*
Defendant's Counsel's Signature

Benjamin Gold
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

7/30/2021
Date

*Judith C. McCarthy*
~~U.S. District Judge~~/U.S. Magistrate Judge